UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)   No. 3:05-CR-148
V. )   (PHILLIPS/GUYTON)
)
ANTONIO VARAGAN, a/k/a )
VICENTE CORONA, )
)
      Defendant. )

## <u>MEMORANDUM AND ORDER</u>

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on defendant, Vincente Corona's Motion For Medical Examination And Order Of Transportation [Doc. 45]. The government has filed a response to defendants motion. [Docs. 47 and 48].

On April 21, 2006 the Court had a telephone conference with defense counsel and defense counsel stated that the defendant had seen a doctor on April 13, 2006 for his hernia and that the defendant does have a scheduled appointment with a surgeon. For good cause shown, defendant's Motion For Medical Examination And Order Of Transportation [Doc. 45] is **DENIED** without prejudice to re-file if necessary.

      **IT IS SO ORDERED.**

         ENTER:

         _____s/ H. Bruce Guyton_____
         United States Magistrate Judge