.PAF

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT
DISTRICT OF _____

FILED

2006 DEC 11 P 1:08

U.S. DISTRICT COURT
EASTERN DIST TENN

BY \_\_\_\_\_ DEP. CLERK

United States of America

v.

Vicente Corona

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 3:05-cr-148

TO: Records Custodian
Blount County Detention Center
940 E. Lamar Alexander Parkway
Maryville, TN 37804

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court for the Eastern District of Tennessee<br>800 Market Street<br>Knoxville, TN 37902 | Judge Guyton |
| | DATE AND TIME |
| | 12/18/2006 9:00 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>PATRICIA L. McNUTT, CLERK<br>(By) Deputy Clerk<br>Stephen Ross Johnson | DATE<br>12/6/06 |
|---|---|
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:<br>Ritchie, Dillard & Davies, P.C.<br>606 W. Main Street, Suite 300<br>Knoxville, TN 37902    865 637-0661 | |

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 12/6/06 | PLACE U.S District Court |
| SERVED | DATE 12/6/06 | PLACE Blount County Sheriff's office |
| SERVED ON (PRINT NAME) Pam Hammonds - Record Clerk | | FEES AND MILEAGE TENDERED TO WITNESS ☑ YES ☐ NO AMOUNT $ 47.57 |
| SERVED BY (PRINT NAME) Neil Morris | | TITLE Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  12/6/06
DATE

SIGNATURE OF SERVER

7010 Dowing Dr
ADDRESS OF SERVER

Knoxville, TN

ADDITIONAL INFORMATION

## ATTACHMENT TO SUBPOENA

The accompanying subpoena commands the production of all recordings of telephone calls of the following current or former inmates:

David Esserman
Charles Christopher Foster
Dennis Richardson
Richard Robinson
Kimberly Robinson
Jimmy Scott Simpson

Production is also required of any and all associated reports of telephone calls or telephone logs pertaining to the "pin", other identification numbers, or other system of associating the above inmates for purposes of their making and/or receiving telephone calls while at your facility, or reports or logs of telephone calls otherwise affiliated with the above listed inmates.

If you have any questions concerning the contents of this subpoena, please contact:

Stephen Ross Johnson, Esq.
Ritchie, Dillard, & Davies, P.C.
606 W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661