**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:05-CR-148** |
| | ) | **(Phillips)** |
| **VICENTE CORONA** | ) | |


## ORDER

On June 5, 2007, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed a 6-page Report and Recommendation (R&R) [Doc. 294] in which he recommended that defendant's motion to suppress statements [Doc. 82] be denied. Thus, Judge Guyton recommended that the statements made by defendant while being transported by officers to police headquarters be admitted at trial.


This matter is presently before the court on defendant's timely objections to the R&R [Doc. 295]. As required by 28 U.S.C. § 636(b)(1), the court has now undertaken a *de novo* review of those portions of the R&R to which defendant objects. After doing so, the court readily concludes that Judge Guyton has thoroughly and correctly analyzed the legal issues presented in defendant's motion to suppress. Thus, any further comment by the court is unnecessary and would be repetitive. In sum, the court finds that the statements sought to be suppressed by defendant were volunteered by defendant outside of interrogation and were not the product of police questioning or of compulsion by police.

Accordingly, defendant's objections [Doc. 295] are hereby **OVERRULED** in their entirety, whereby the R&R is **ACCEPTED IN WHOLE**.  Thus, defendant's motion to suppress statements [Doc. 82] is hereby **DENIED.**

**IT IS SO ORDERED.**

**ENTER:**

_____s/ Thomas W. Phillips_____
United States District Judge