UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:05-CR-148 |
| ) | (Phillips) |
| VICENTE CORONA ) | |

## ORDER

This matter is before the court on defendant's appeal [Doc. 297] of the magistrate judge's rulings on various pretrial matters contained in the memorandum and order entered June 6, 2007 [Doc. 292]. After carefully considering the record in this case, the briefs of the parties, and the applicable law, the undersigned readily concludes that Judge Guyton has thoroughly and correctly analyzed the legal issues presented in defendant's various motions. Thus, any further comment by the court is unnecessary and would be repetitive. Accordingly, the court **AFFIRMS** the magistrate judge's memorandum and order in all respects.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge