UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| PLAINTIFF, | ) | |
| vs. | ) | No. 3:05-CR-148 |
| | ) | Phillips/Guyton |
| VICENTE CORONA, | ) | |
| DEFENDANT. | ) | |

## ORDER

On July 6, 2007, the United States moved to amend Count Four of the Indictment to change the offense charged from 21 U.S.C. §§ 846 and 841(b)(1)(A) and 18 U.S.C. § 2 to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2. Counsel for the defendant does not object to this motion.

For the reasons stated in the motion of the United States it is hereby ORDERED that the Superseding Indictment in the above-referenced case be amended by changing the offense charged in Count Four from 21 U.S.C. §§ 846 and 841(b)(1)(A) and 18 U.S.C. § 2 to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2.

ENTER:

THOMAS W. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE

Prepared by:

Michael E. Winck
Assistant United States Attorney

Approved by:

Stephen R. Johnson
Attorney for Defendant Corona