UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-148 |
| | ) | (Phillips / Guyton) |
| VICENTE CORONA, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendant Vicente Corona's Motion to Bifurcate Proceedings [Doc. 343]. Mr. Corona asks that the District Court bifurcate the trial of this case so that the issues of property forfeiture may be considered separately from the issue of Mr. Corona's guilt or innocence on the criminal allegations. The United States has not filed a response in opposition to this motion, and has orally confirmed its agreement that the trial should be bifurcated in this manner.

The Court finds that Mr. Corona has set forth good cause for separate consideration of forfeiture issues and those of guilt or innocence. Accordingly, Mr. Corona's Motion to Bifurcate Proceedings **[Doc. 343]** is **GRANTED**. The manner in which the trial will be bifurcated will be determined by preference of United States District Court Judge Thomas W. Phillips, who will

preside at trial. The Court will advise the parties further at the time of the Pretrial Conference on February 4, 2008, at 9:00 a.m.

**IT IS SO ORDERED.**

ENTER:

  s/ H. Bruce Guyton  
United States Magistrate Judge