# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:05-CR-148 |
| | ) (Phillips) |
| VICENTE CORONA | ) |

## ORDER

This matter is before the court on the defendant's motion for demonstrative presentations of prosecution and defense to be made a part of the record [Doc. 468]. Specifically, the defendant wants the PowerPoint presentations and any other demonstrative showings to the jury during opening statements and closing arguments to be made a part of the record.

The government opposes the motion stating that the demonstrative aids used during opening, closing and rebuttal presentations were not marked for identification at the time of use. Further, counsel for the government is not sure which PowerPoint slides were utilized during closing and rebuttal presentations to the jury. To the extent that the demonstrative aids were shown to the jury, the jury saw nothing more than a summary of the presenting lawyer's summary of the evidence.

The court specifically instructed the jury in this case that lawyer's statements were not evidence in the case. For this reason, as well as the reasons cited by the government above, defendant's motion is **DENIED.**

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge